NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GIACOMO CAMPIONE,                )
                                 )
            Appellant,           )
v.                               )        Case No. 2D18-2437
                                 )
 LARRY S. SAZANT,                )
                                 )
            Appellee.            )
                                 )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court Charlotte
County; Lisa Porter, Judge.

Joseph C. Lotempio of The Dellutri Law
Group, P.A., Fort Myers, for Appellant.

Patrick Patrissi and Bruce J. Smoler, of
Smoler & Associates, P.A. Hollywood, for
Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, LUCAS, and, BADALAMENTI, JJ., Concur.